■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER SWANN, Appellant.—Judgment, Supreme Court, Bronx County, rendered on August 30, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California,* 386 US 738; *People*

*v Saunders,* 52 AD2d 833). We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Birns, Fein, Markewich and Yesawich, JJ.